AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 23-60963

MARY LOU HINTON
NAME OF DEBTOR

2733 JOYCE AVE
ADDRESS

DECATUR, GA 30032
CITY, STATE, ZIP

TELEPHONE NO. _____

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES ☐   NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____          _____
CITY, STATE, ZIP CODE                TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES ☐   NO ☐   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:   YES ☐   NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

X _____
                PRO SE PETITIONER

Subscribed and sworn to before me on the 26TH day of OCTOBER, 2023

_____          _____
NOTARY PUBLIC                      DEPUTY CLERK

F61 (psafdt) 04/04